In re                                                                Case No. 16−32118
                                                                                             Chapter 13

Rosa Ellis,

     Debtor.

# NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on December 19, 2016 at 01:30 PM

to consider and act upon the following:

*42* − Motion for Relief from Stay . Fee Amount $181 filed by S. Keith Eady on behalf of FEDERAL NATIONAL MORTGAGE ASSOCIATION. (Attachments: # 1 Note # 2 Deed # 3 Assignment # 4 Loan Modificaiton) (Eady, S.)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

                 PHONE: **1−888−431−3632 Participant Code: 361328**
                 CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

        − Mute your telephone as applicable until your case is called
        − Do not place the phone on hold during the call as many companies utilize background music

        If you cannot mute your phone:
        − Do not conduct work such as paper shuffling or keyboard typing
        − Do not address the court until you are called upon
        − Remain silent while waiting
        − Refrain from making unnecessary noise
        − Turn off electronics that broadcast sound − television, radio
        − Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated December 9, 2016

*Juan-Carlos Guerrero*

Juan–Carlos Guerrero
Clerk of Court

```
                          United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                          Case No. 16-32118-DHW
Rosa Ellis                                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 1127-2      User: jmclain           Page 1 of 1           Date Rcvd: Dec 09, 2016
                          Form ID: nhATT888       Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2016.
db            +Rosa Ellis,    7940 Norris Farm Road,    Montgomery, AL 36116-2228
3624720       +Federal National Mortgage Association (Fannie Mae),    Seterus, Inc., as Servicer for,
                Federal National Mortgage Association,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Leonard N. Math    on behalf of Creditor    GUARDIAN CREDIT UNION noticesmd@chambless-math.com
              Richard C. Dean, Jr.    on behalf of Creditor    Republic Finance, LLC rdean@mindspring.com,
               babbott@deanlawfirm.org;kestes@deanlawfirm.org
              Richard D. Shinbaum    on behalf of Debtor Rosa  Ellis rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              S. Keith Eady    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ECFBKAL@rcolegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 6