The relief described hereinbelow is SO ORDERED

Done this 31st day of January, 2017.



**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

| | |
|---|---|
| In Re: | : |
| | : |
| ROSA ELLIS | : BANKRUPTCY CASE |
| | : NO. 16-32118 |
| | : |
| Debtor. | : |
| | : |

### ORDER CONDITIONALLY DENYING MOTION FOR
### RELIEF FROM AUTOMATIC STAY

     This matter was set for hearing on January 23, 2017 , before the Court on the Motion for Relief from Automatic Stay (Docket #42) of Federal National Mortgage Association ("Fannie Mae") (hereinafter "Creditor"), seeking relief from the automatic stay to proceed with applicable non-bankruptcy remedies with regard to the property commonly known as 2745 CHEVY CHASE DR, MONTGOMERY, AL 36107. The legal description is contained in the security instrument attached to the motion. Prior to the hearing, this Court was advised that the is matter has been settled. Therefore, BY AGREEMENT OF PARTIES, it is hereby,

     ORDERED that the motion for relief from automatic stay of Federal National Mortgage Association ("Fannie Mae"), its successors and assigns is CONDITIONALLY DENIED.

RCO No. 230035

The post-petition arrearage through January 23, 2017, totals $1512.74, consisting of monthly payments for the months of December 1, 2016 through January 1, 2017, each at $424.64, plus attorney's fees of $550.00 and filing fees in the amount of $181.00, minus $ 67.54 partial payment in Debtor suspense account, which totals $1,512.74 ("arrearage"). The arrearage shall be paid through the plan.

ORDERED that said arrearage claim shall receive a specified monthly payment of $29.00, and the Chapter 13 Plan payments shall be increased to $88.00 per week.

ORDERED that upon the filing of a proper claim by Creditor, the arrearage shall be paid through the office of the Trustee.

ORDERED that Debtor shall resume direct payments to Movant beginning February 1, 2017 at the rate of $424.64 and continue each month thereafter, payment shall be made on the date it is due under the terms of the note and mortgage.

ORDERED If at any time the Debtor shall default on any direct payments, then Creditor shall notify the Debtor and Debtors Attorney in writing. If said default continues for twenty (20) days, then the automatic stay shall lift and Creditor, its successors and assigns, are authorized to pursue applicable non-bankruptcy remedies including the negotiation of and entry into a loan forbearance plan with Debtor with regard to the Property without further Order of the Court. If the stay shall lift pursuant to the prior provision and upon written notice to the Chapter 13 Trustee, the Chapter 13 Trustee shall cease funding Creditor's claim, and Fed. R. Bank. P. 3002.1 shall no longer apply to Creditor.

The provisions of this Order shall continue to remain in force and effect upon the conversion of this case from Chapter 13 to a case under any other Chapter of the Bankruptcy Code.

### END OF DOCUMENT ###

This order prepared by:

/s/ S. Keith Eady
S. Keith Eady
Attorney for Movant
AL License No. ASB-8422-A63S
RCO Legal, P.S.
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
Telephone: 404-486-2386
keady@rcolegal.com


This order consented to by:

/s/ Richard D. Shinbaum, by express permission
Attorney for the Debtor
Bar Number:
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

No Opposition by:

/s/ Sabrina L McKinney, by express permission
Sabrina L McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

RCO No. 230035